IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-01000-JLK-BNB**

**RAS HOLDING CORP., a Delaware corporation; and PRESBY CORP., a Delaware corporation,**

    Plaintiffs/Counter-Defendants,

v.

**DR. HOWARD N. STRAUB, a Colorado resident; COLORADO EYE INSTITUTE, P.C. a Colorado corporation; and RESTORVISION, INC., a Colorado corporation,**

    Defendants/Counterclaimants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Withdraw (doc. #133), filed August 23, 2007, is DENIED for failure to comply with D.C.COLO.LCivR 83.3 D.

Dated: August 29, 2007