IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-01000-JLK-BNB**

**RAS HOLDING CORP., a Delaware corporation; and PRESBY CORP., a Delaware corporation,**

    Plaintiffs/Counter-Defendants,

v.

**DR. HOWARD N. STRAUB, a Colorado resident; COLORADO EYE INSTITUTE, P.C. a Colorado corporation; and RESTORVISION, INC., a Colorado corporation,**

    Defendants/Counterclaimants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw as Counsel (doc. #135), filed September 4, 2007, is GRANTED. Gary Lozow is permitted to withdraw as counsel of record for Howard N. Straub.

Dated: September 4, 2007