IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **00-cv-1000**

**RAS HOLDING CORP., a Delaware corporation; and PRESBY CORP., a Delaware corporation,**

        Plaintiffs,

v.

**DR. HOWARD N. STRAUB, a Colorado resident; COLORADO EYE INSTITUTE, P.C. a Colorado corporation; and RESTORVISION, INC., a Colorado corporation,**

        Defendants.

---

**MINUTE ORDER**
---

**JUDGE JOHN L. KANE ORDERS**

      After considering Plaintiffs' Response (Doc. 142) in Opposition to Defendant Restorvision's Motion to Reopen Case, the Motion is **DENIED** without prejudice to Restorvision's entitlement to seek a reopening after the U.S. Patent Office issues its final ruling in accordance with this Court's June 28, 2005 Order (Doc. 127). Restorvision is reminded that any timely Motion to Reopen must be filed through counsel, as corporations are not natural persons entitled to appear pro se in federal court under 28 U.S.C. § 1654. *See* Minute Order (Doc. 140)(citing authority).

_____

Dated February 17, 2011.